JEREMY J. GRAY (SBN 150075)
  *jgray@zuberlaw.com*
JEFFREY J. ZUBER (SBN 220830)
  *jzuber@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017   USA
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiffs
Haley Videckis and Layana White

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALEY VIDECKIS and LAYANA WHITE, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEPPERDINE UNIVERSITY, a corporation doing business in California,<br><br>    Defendant. | CASE NO. 2:15-CV-00298-DDP (JCx)<br><br>**THIRD AMENDED COMPLAINT FOR DAMAGES:**<br><br>**1.  VIOLATION OF RIGHT OF PRIVACY UNDER CALIFORNIA CONSTITUTION ARTICLE 1, § 1;**<br><br>**2.  VIOLATION OF CALIFORNIA EDUCATIONAL CODE §§ 220, 66251, 66270;**<br><br>**3.  VIOLATION OF TITLE IX – Deliberate Indifference;**<br><br>**4.  VIOLATION OF TITLE IX – Intentional Discrimination;**<br><br>**5.  VIOLATION OF TITLE IX – Retaliation for Complaints About Discrimination**<br><br>**6.  VIOLATION OF CALIFORNIA CIVIL CODE §§51 et seq. – Unruh Act**<br><br>**7.  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |

# I.

## PARTIES

1.      Plaintiff HALEY VIDECKIS ("Haley") is a resident of California and a 20-year-old Caucasian woman, who played basketball at Pepperdine University. She was a transfer student from Arizona State University.  She was one of the outstanding players at Arizona State University and earned a PAC 12 All-Freshman honorable mention notice during the 2012-2013 season.  In July 2013, she was highly recruited by Pepperdine University ("Pepperdine" or the "University") and its coaches and transferred to the University to seek better education and further her career to become a WNBA basketball player.

2.      Plaintiff LAYANA WHITE ("Layana") is a resident of California and a 21-year-old African American woman, who played basketball at Pepperdine.  She was a transfer student from University of Arizona where she played basketball as one of its top players.  She was highly recruited by the University and its coaches and transferred to Pepperdine in January 2014.  She believed that transferring to Pepperdine University would provide her better education and further her career to become a WNBA player.

3.      Defendant PEPPERDINE UNIVERSITY is a university located in California and is a corporation.  The University and its students receive funds from the federal government and the State of California.

# II.

## JURISDICTION AND VENUE

4.      This Court has original subject-matter jurisdiction pursuant to 28 U.S.C. Section 1331 because three of Plaintiffs' claims arise under Title IX of the United States Education Amendments of 1972, 20 U.S.C. Sections 1681-1688 (hereinafter "Title IX").  In addition, pursuant to 28 U.S.C. Section 1367, this Court has supplemental jurisdiction over Plaintiffs' state law claims.

5.      This Court has personal jurisdiction over Pepperdine because it is

1   authorized to do business and conducts business in the State of California in that it

2   maintains its principal campus in Malibu, California in Los Angeles County.

3         6.      Venue is proper in this District pursuant to 28 U.S.C. Sections 1391(a)

4   & (b), because Defendant resides in this District and a substantial part of the events

5   or omissions giving rise to Plaintiffs' claims occurred in this judicial district.

6   **III.**

7   **<u>NON PARTIES</u>**

8         7.      RYAN WEISENBERG ("Coach Ryan") is the head coach of the

9   women's basketball team at Pepperdine and acted within the scope and course of his

10  employment at all times mentioned herein. Coach Ryan is a managing agent of the

11  University in regards to the decisions as to which of the students will be members of

12  the basketball team, under what conditions they may play and their code of conduct.

13  Coach Ryan directed, encouraged, approved, knew and failed to correct and stop the

14  alleged conduct of his assistant coaches, athletic trainers and academic coordinator

15  which are part of Plaintiffs' cause of actions against Defendant Pepperdine.

16        8.      JORDAN SMITH ("Coach Jordan") is an assistant coach of the

17  women's basketball team at Pepperdine, reports to Coach Ryan and acted within the

18  scope and course of her employment at all times mentioned herein.

19        9.      MALLORIE WINN ("Coach Mallorie") is an assistant coach of the

20  women's basketball team at Pepperdine University, reports to Coach Ryan and acted

21  within the scope and course of her employment at all times mentioned herein.

22        10.     TRISHA RANIEWICZ ("Coach Trisha") is an assistant coach of the

23  women's basketball team at Pepperdine University, reports to Coach Ryan and acted

24  within the scope and course of her employment at all times mentioned herein.

25        11.     KEVIN WRIGHT ("Kevin") is the head athletic trainer of the women's

26  basketball team at Pepperdine University, reports to Coach Ryan and acted within

27  the scope and course of his employment at all times mentioned herein.

28        12.     KARISSA SCHERER ("Karissa") is an assistant athletic trainer of the

2079-1002 / 414449.1

THIRD AMENDED COMPLAINT

1  women's basketball team at Pepperdine University, reports to Coach Ryan and acted

2  within the scope and course of her employment at all times mentioned herein.

3       13.    ADI CONLOGUE ("Adi") is an athletic academic coordinator of the

4  women's basketball team at Pepperdine University, works in junction with Coach

5  Ryan and acted within the scope and course of her employment at all times

6  mentioned herein.

7       14.    DR. STEVE POTTS ("Dr. Potts") is the Athletic Director at

8  Pepperdine University, a supervisor of Coach Ryan and acted within the scope and

9  course of his employment at all times mentioned herein.  Dr. Potts is a managing

10  agent of the University in regards to all athletic teams including the women's

11  basketball team, under what conditions they may play and their code of conduct.

12       15.    TABATHA JONES JOLIVET ("Title IX coordinator") is a Title IX

13  Deputy Coordinator at Pepperdine University and reports to President Benton and

14  acted within the scope and course of her employment at all times mentioned herein.

15  She is a managing agent of the University in regards to the University's compliance

16  with Title IX.

17       16.    ANDREW BENTON ("President Benton") is the president and a

18  managing agent at Pepperdine University at all times mentioned herein.

19  **IV.**

20  **SUMMARY OF THE CASE**

21       17.    In the spring of 2014, Coach Ryan came to the conclusion that two of

22  the players on his basketball team were lesbians and were having a lesbian

23  relationship. The two basketball players were Plaintiffs, Haley and Layana.  Coach

24  Ryan asserted that their lesbian relationship would cause turmoil within the team

25  and a losing season.  Consistent with these assertions, Coach Ryan deliberately

26  invaded Plaintiffs' privacy, harassed Plaintiffs and discriminated against Plaintiffs

27  based on their sexual orientation, in an effort to get them to quit.  In this way,

28  Plaintiffs' scholarships would be available for recruiting replacement players.  In

3

1    order to accomplish his goal, he was aided by his assistant coaches, trainers and

2    academic coordinator.

3    18.    By September 2014, Coach Ryan was so successful in his endeavor that

4    Layana attempted to commit suicide and Haley was medically disqualified by the

5    trainers despite a doctor's diagnosis to the contrary.  Plaintiffs complained to the

6    athletic director and to the Title IX coordinator as to the above.  However, the

7    University officials were deliberately indifferent and refused to take actions to stop

8    the intrusion, harassment and discrimination.  Instead, the Title IX coordinator

9    issued a cover up report.  In December 2014, because of the university's deliberate

10   indifference to the invasion of privacy, harassment and discrimination based on

11   sexual orientation, Plaintiffs resigned from the University.

12   19.    The University's treatment of Plaintiffs and their perceived and/or

13   actual sexual orientation and/or relationship was, in part, motivated and driven by

14   gender stereotypes held by the University, its staff and employees of Plaintiffs as

15   female athletes and specifically women basketball players.  For example, the

16   University and its employees and staff made improper inquiries into the intimate,

17   sexual affairs of the Plaintiffs, as female athletes, which were not, and would not, be

18   made of (or to) their similarly situated male athlete counterparts.  Moreover,

19   Pepperdine, and the Coaches of the Pepperdine women's basketball team, made

20   statements and announced policies, practices and rules relating to sexual orientation

21   (and specifically "lesbianism") during Plaintiffs' tenure there, whereas no similar

22   comments or rules were made regarding sexual orientation for Plaintiffs' male

23   counterparts.  Furthermore, the refusal by the University and its employees and

24   staff, to accept or accede to Plaintiffs' efforts to maintain the confidentiality of their

25   sexual orientation and/or relationship amounted to different treatment than would

26   have been afforded to similar requests by Plaintiffs' male counterparts.

27   20.    In addition, the University, its staff and employees announced, and

28   implemented, treatment for those, like Plaintiffs, who were in same gender

1  relationships different than the treatment afforded athletes in opposite gender

2  relationships.

3  ## V.

4  ### FACTS

5  #### Inquiries by Adi

6      21.    In the beginning of February 2014 Academic Coordinator Adi, who

7  was selected by the University to help female basketball players maintain good

8  grades, pulled Haley into her office to talk.  In this meeting, Adi asked Haley if

9  there were any gay or bisexual players on the team.  Haley said no.  Although she

10  was aware of multiple girls on the team that were gay and bisexual, she could not

11  answer this question honestly because Pepperdine is extremely discriminatory

12  against the LGBT (Lesbian, Gay, Bisexual and Transgender) community.

13  Furthermore, Adi asked Haley if she was gay.  Haley said no.  The next week, Adi

14  asked Haley to come into her office.  The following dialogue occurred.

15      Adi: "I noticed that you and Layana have become very close."

16      Haley: "Yeah, Layana and I have become good friends."

17      Adi: "How close?" "Like BFFs [Best Friends Forever] or more than

18      that?"

19      Haley: "We are just friends."

20      22.    In the study hall room, Adi asked Haley what she was doing for spring

21  break.  Haley told her that she was going home to Chicago and that Layana was

22  going to visit Arizona.  Adi said, "You aren't going to take Layana home with you?"

23  Haley said no.  Adi said, "Aren't you going to miss her?"  When Haley and Layana

24  returned from Vegas where they spent their break, Adi continued asking both Haley

25  and Layana about their trip.  These questions include but are not limited to: What

26  did you do?  Where did you sleep?  Did you share a bed? Layana told Adi that she

27  did not go to Vegas with Haley.  Adi then told Layana that she did not believe

28  Layana and that she knew that Layana was with Haley.  Neither Haley nor Layana

1   admitted to Adi that they went to Vegas together.

2       23.   In March 2014, every time Haley would see Adi, she asked Haley

3   about Layana. Adi, "How are you and Layana?"  She would ask this question in a

4   way suggesting Haley and Layana were in a relationship.  Adi never asked Haley

5   how any of her other teammates were doing.  Adi would ask Haley if she was going

6   places with Layana on the weekends and ask personal questions about what they did

7   together.  On March 18, 2014, Adi asked Haley if Layana bought her anything for

8   her birthday.  When Haley said no, Adi seemed surprised.  She asked if Layana took

9   Haley anywhere for her birthday.  Haley said no. Adi suggested a restaurant that

10  Layana and Haley go together on a date.  Haley told Adi that she wouldn't be going

11  with Layana anywhere on a date.  Haley asked Adi very politely to stop asking her

12  about Layana.

13      24.   March 18, 2014 was the first leadership meeting.  After the 2013-2014

14  season, Coach Ryan had a new idea for the team.  He chose 6 of his team's best

15  "leaders" and began "Leadership Meetings" to discuss the team's "Core

16  Covenants."  The Leadership Council was made up of the best leaders on the

17  basketball team: Krista, Bria, Ea, and Keitra as well as Plaintiffs.  Every leadership

18  meeting occurred with only Coach Ryan in his office.  No other coaches were there.

19  Coach Ryan would have them watch videos, write their ideas and opinions

20  discussing how to make the team more "successful", and have group discussions.

21  He would also discuss his beliefs on what the negatives and positives to their

22  specific team were.

23      25.   Towards the end of the 2014 spring semester, Adi began asking Haley

24  whom she would be living with in the summer.  Adi always asked, "Are you going

25  to be living with Layana?"  There are four people in each dorm and two people in

26  each room.  Adi would ask "Is Layana going to be sleeping in the same room as

27  you?" "Do you guys push your beds together?"  "Do you sleep together?"

28      26.   During March and April 2014, Adi was also asking Layana very similar

6

2079-1002 / 414449.1

questions.  Adi would ask Layana these questions during every weekly academic
meeting and every time she was in study hall.  Layana told Adi that Haley was her
best friend and, "No, we are not dating."  Adi asked Layana if she "hung out and did
things with her other best friends the same way she does with Haley."  Layana told
her, "yes, because Haley is just my friend."  Also, every meeting Layana had with
Adi, she would always say, "So how are you and Haley doing?"  Adi would ask this
question in the tone as if Layana and Haley are dating.  Layana told Adi these
questions were inappropriate and to "please stop."

### Coach Ryan Denounces Lesbianism

27.     On April 16, 2014 at 9 a.m., Coach Ryan had a leadership meeting in
which he offended many of the girls on the leadership council.  Coach Ryan spoke
on the topic of "lesbianism."  Coach Ryan specifically said the word "lesbianism"
stating the following: "Lesbianism is not tolerated on this team.  It is the reason why
teams lose."  "Lesbianism is a big concern in women's basketball."

### Complaints About Adi and Continued Harassment

28.     At the end of April 2014, Layana reported to Coach Ryan (no other
coaches present) that Adi was constantly attempting to ascertain personal
information from her regarding her private life.  Coach Ryan assured Layana that
other teammates had also complained about Adi not focusing on academics and he
would soon be having a coach monitor the meetings with Adi.  Layana told Coach
Ryan that these questions occurred not only in her academic meetings but when she
was in study hall as well.  However, Coach Ryan ignored, and was deliberately
indifferent to the nature of Adi's inquiries and Layana's concerns about Adi's
improper behavior in Study Hall, and elsewhere and neither Coach Ryan, nor
anyone else at Pepperdine took any action to stop Adi from her harassing and
invasive questions about Plaintiffs' sexual orientation or relationship.

29.     As a consequence of Pepperdine's deliberate indifference to Adi's
harassing and discriminatory behavior, both Plaintiffs were deprived of the services

of an academic advisor as provided to similarly situated students at Pepperdine were subjected to improper invasions of their privacy and deprived of educational opportunities. Haley had to report to Adi before she left Pepperdine to turn in her books from the spring semester. Adi and Haley were alone in the academic room, and that is when the questioning began. Adi asked if Haley and Layana were going on a trip before break. Haley admitted that they were going together to Vegas.

30.   In May 2014, Adi continued to ask Layana about Haley. Layana told Adi that her constant questions about Haley were irritating her, and she asked Adi why she always questioned her about Haley's friendship. Layana recalls Adi responding in a sarcastic way saying, "Because you and Haley are BFFs." Adi then questioned Layana saying "Right? You guys are just BFFs, right? Or, are you closer than that?" Layana still told Adi that "Haley and I are just friends" and to "please stop asking these questions."

31.   The day after Adi's birthday, Adi was telling Layana how she celebrated the night. Adi told Layana she went to a nice restaurant and then said sarcastically "You should take Haley there sometime for a date, that would be cute." Before Haley came back to school from May break, Adi would ask Layana in study hall "Are you excited for Haley to come back?" "Are you picking her up from the airport?" "Will you guys be staying in the same dorm room for the summer?"

**Invasions of Privacy and Retaliation**

32.   At the end of May 2014, Keitra, one of the teammates, warned Layana due to a meeting she just had with Coach Ryan. Keitra confided the content of the meeting to Layana. Layana learned that Coach Ryan, himself, was engaging in inappropriate inquiries regarding Plaintiffs' sexual orientation and relationship. Keitra reported that Coach Ryan asked her the following questions with no other coaches present. "Are you dating Sahara?" "Are Haley and Layana dating?" Sahara is a female student at Pepperdine, and by Coach Ryan asking if Keitra is dating Sahara, he was implying she was lesbian. Keitra denied these questions and asked

8

Coach Ryan where he heard these rumors.  Coach Ryan said he heard it from a staff member that the players were with everyday.  Keitra told Layana to watch what she says around the staff members.  Keitra told Layana that she thought the "staff member" was Adi or Karissa, the athletic trainer.  When Haley returned to the University, she confirmed with Keitra, that Coach Ryan asked her "Are Haley and Layana dating?"  Keitra told him no.  Keitra also confided to Haley that Adi had also asked Keitra if she was dating Sahara.

33.     In May 2014, Layana called a meeting with Coach Ryan to discuss beginning to file her appeal to NCAA. Transfer students are not allowed to play basketball for an entire year absent the appeal. Coach Ryan told Layana that he would be "starting the process right away" and he would also "be in contact with Pepperdine's athletic director, Dr. Potts, and the head of compliance, Brian Barrio, to push the appeal through."  Layana received no response from Coach Ryan about her appeal or progress towards filing the appeal. Layana, like all NCAA transfer athletes, cannot submit such an appeal on their own.  The athlete requires assistance from the University's athletic department which includes their coach, athletic director, and head of compliance.

34.     On June 4, 2014, Coach Ryan called individual meetings regarding the training room and athletic trainer Karissa with the entire coaching staff were present.  In Haley's meeting, Karissa falsely accused Haley of breaking many rules in the training room dating all the way back into April.  Haley said the accusations were not true, but Coach Ryan cut Haley off and told her she was lying and that she was wrong.  Haley then told the coaches that Karissa was very unprofessional. Coach Ryan asked her how, so Haley told them about how Karissa was asking Haley if she ever dated girls and that Karissa told her that Coach Trisha was gay which made Haley feel uncomfortable.  Both Coach Ryan, and Coach Trisha, responded with deliberate indifference to Haley's complaints that Karissa had harassed Haley about Haley's sexuality and that Karissa was furthering that

1  harassment by falsely accusing Haley of rules violations.  In response to Haley's
2  complaints, Coach Trisha was more concerned with her own standing at Pepperdine
3  and Coach Trisha laughed and said, "That is not true!"  Coach Ryan responded by
4  yelling at Haley and accused her of lying.

5        35.    In addition, Plaintiffs are informed and believe that, later that day,
6  when Coach Ryan (and/or others) confronted Karissa about Haley's claim that
7  Karissa had been inquiring about Haley's sexual orientation and disclosing
8  information about Coach Trisha, Karissa denied doing so.  However, Karissa
9  changed her story the next day and admitted that she had lied to Coach Ryan and
10 confessed to having the inappropriate conversations with Haley about Haley's and
11 Coach Trisha's sexual orientation.  Coach Ryan met with Karissa and Haley and
12 required that Karissa apologize to Haley for her the disclosures, and for lying about
13 it.  Haley then requested that Karissa also admit that she had been lying about
14 Haley's supposed misbehavior during rehab.  Coach Ryan refused to treat Haley's
15 concerns about Karissa's harassment seriously and responded by insisting that all of
16 these issues be "brushed under the rug".  When Haley would not accede to this
17 request, Coach Ryan began yelling and swearing at her.  Later, in the Title IX
18 investigation, it was confirmed that Karissa had been improperly changing the
19 records to make it appear as if Haley and Layana were arriving late for rehab (*i.e.*
20 breaking rules).

21       36.    On June 12, 2014, Layana met with athletic director Dr. Potts.  In the
22 meeting with Dr. Potts, Layana said, "I had a meeting with Coach Ryan in May
23 about filing my appeal to play right away.  But I have not seen any progress.  I
24 wanted to know what is going on with the process." Dr. Potts responded to Layana
25 saying, "I had no idea about your appeal."  Layana was very confused and she said,
26 "I don't understand why Coach Ryan doesn't want to do my appeal.  I feel like he
27 doesn't want me to play right away.  I don't understand why and I don't know who
28 can help me if Coach Ryan doesn't want to file my appeal."  Then Dr. Potts said,

1   "I'll take care of it.  Just send me your NCAA appeal letter."  Although Layana sent

2   information regarding her appeal to Dr. Potts through email after the meeting,

3   Layana did not receive any follow up of her appeal to this day.  The University

4   announced news this summer that its men's basketball player A.J. Lapray had

5   received NCAA approval from his appeal to play immediately after transferring

6   from Oregon.  Furthermore, Layana arrived to Pepperdine six months before A.J.

7   arrived to Pepperdine, yet his appeal was filed and approved first.

8          37.    Later in the month of June 2014, Coach Ryan made another comment

9   referring to intra-team dating.  Coach Ryan made the following statement.  "When I

10  was coaching for the LA Sparks, two of our players were dating and they broke up

11  in season.  That was the reason our team fell apart and lost." Coach Ryan's

12  comments about lesbians were becoming obsessive and very strange.  Both Layana

13  and Haley's coaches at their previous PAC 12 School would never have

14  conversations about intra-team dating and never did they use the word lesbianism.

15  Women's basketball is stereotyped for having many lesbians, and it is more

16  expected than prevented.  When Haley and Layana heard Coach Ryan's statement

17  that he was against the lesbian lifestyle within his team, it made them think Coach

18  Ryan would pull their scholarships if he confirmed their relationship.  At this point,

19  Layana began to suffer from severe depression.

20         38.    During June 2014, the following events took place.  Adi asked Layana,

21  "So do you guys push your beds together in the dorm room?  Do you guys sleep

22  together?"  Whenever Layana saw Adi on Fridays in study hall, she would ask her,

23  "Are you taking your girl home with you this weekend?" referring to Haley.  One

24  Friday, she asked Layana what she was going to do over the weekend and she told

25  Adi she was going to Disneyland.  Adi then asked Layana, "Oh are you taking

26  Haley to Disneyland?"  Layana said, "No, I'm taking my sister with me."  Layana

27  asked Adi why she wanted to know if she was going to take Haley. Adi replied

28  sarcastically, "Because you guys are BFFs."  These comments occurred when

1    Layana was in study hall supervised by Adi.

2         39.    When Layana achieved 3.0 GPA, the team rule required her to study in

3    study hall for 2 hours instead of 8 hours per week during the semester and 5 hours

4    per week during the summer.  Because of Adi's questions into Layana's sexual

5    orientation, she was looking forward to the reduction of study hall hours.  However,

6    Coach Ryan changed the GPA requirement from 3.0 to 3.2 immediately after

7    Layana achieved a GPA of 3.0.  When Coach Ryan changed the GPA requirement

8    he knew Adi's continued questioning during study hall was upsetting to Layana.

9    This increased requirement only applied to Layana since the other teammates had

10   GPAs that were either below 3.0 or above 3.2.

11        40.    When Layana and Haley were the only two practicing, Bria, one of

12   Plaintiffs' teammates, came up to Haley and Layana and asked if they had a minute

13   to talk.  Bria said, "Hey guys. I just want to let you know, be careful what you tell

14   Adi because she tells Coach Ryan everything."  Bria would not say why she made

15   this statement to only Haley and Layana, but she warned them to be very careful, as

16   if Adi had told Coach Ryan something bad about Haley and Layana.  After Bria left,

17   Layana and Haley believed that Adi told Coach Ryan that they were dating.  They

18   did not say anything to Bria because they were keeping their relationship very

19   secret. Haley and Layana agreed to make a more conscious effort to keep their

20   relationship confidential.  Haley and Layana were very afraid that if Coach Ryan

21   found out they were dating, he would take away their scholarships, especially after

22   the leadership meeting when he stated, "lesbianism is not tolerated here."

23            **False Allegations of Cheating and Additional Improper Inquires**

24        41.    In early July 2014, Adi falsely accused Plaintiffs of academic cheating.

25   The academic coordinator knowingly made the false charges in an effort to make

26   Plaintiffs quit the basketball team or be disqualified them from the team.  However,

27   there was no evidence of cheating and the charges were dropped.  On July 28, 2014

28   Coach Ryan sent a text message to Krista, Plaintiffs' teammate, that he was

disappointed that she wanted to live off-campus with Haley and Layana.  Robie, another teammate, also told Haley and Layana that she was told by Coach Ryan not to live with Haley and Layana off-campus because they were bad influences.  Robie warned Haley and Layana that Coach Ryan is defaming them and trying to turn their teammates against them. Robie said she was confused as to why he was doing this. Robie did not know that Haley and Layana were dating.

42.     On August 25, 2014, Pepperdine commenced the fall semester and it was the first day of school.  Haley and her teammate Allie were practicing in the gym.  Allie told Haley that Coach Jordan had asked her if Layana and Haley were dating.  Later that same night, Haley asked Bria if Coach Ryan had asked her whether Layana and Haley were dating.  Bria confirmed that it was true.

43.     On August 26, 2014, Layana had a meeting with Coach Ryan and Coach Mallorie.  In this meeting, she asked Coach Ryan if he had been asking several teammates if Haley and her were dating. He denied these allegations. Layana told Coach Ryan two players on the team said that he had asked them if she and Haley were dating.  Layana also told him that Coach Jordan asked Allie if they were dating. Coach Ryan said, "I know for a fact that that is not true.  My staff doesn't gossip.  And gossip is what gets people fired."  Coach Ryan continued to deny that he asked any girls, and he claimed that the players were making up these rumors to start drama.  Coach Ryan suggested that Layana call a team meeting and address this rumor.  Layana said she did not think that was necessary when she could end the rumor in his office right then and there.  Then Coach Ryan called Allie into this meeting to confirm her statement.  Allie confirmed that Coach Jordan asked her. Coach Ryan then called Coach Jordan on speakerphone.  Coach Jordan admitted that she asked Allie if Layana and Haley were dating.  Coach Ryan asked Allie to leave and then kept asking Layana who were the other two girls who said he asked about Haley and Layana dating.  Layana did not release any names.  Layana told Coach Ryan that she promised her teammates she would not get them involved,

THIRD AMENDED COMPLAINT

and all she wanted to do was end the rumor.  Coach Mallorie asked Layana why this situation bothers her so much. Layana answered, "Because I don't want that reputation at this Christian school."  Then, Coach Mallorie asked, "So what is really going on between you and Haley?  Are you dating?"  Layana told Coach Mallorie that they were not dating.  Thus, Plaintiffs learned, from multiple sources, that Coach Ryan, Coach Jordan, and others were making inappropriate and harassing inquiries about Plaintiffs' relationship and sexuality and Plaintiffs reported and complained about this to Coach Ryan.  His response was not only deliberate indifference, Coach Ryan flat out lied and denied that he, or anyone else had asked such questions about the Plaintiffs.  Then, when Coach Jordan admitted to the misbehavior, the coaches continued with their questioning and refused to accept or acknowledge the inappropriate, illegal and harmful effects of such questions, especially at Pepperdine which is unwelcoming to LGBT students.

44.    On September 3, 2014, Layana went to the academic room with her teammates, Keitra, Kelsey and Whitney, to do their study hall but there were no more seats left.  The players all signed in together and did their homework in the locker room.  Adi went into the study hall room and saw that they all signed in but were not in the study hall room.  Adi called Coach Ryan and told him that specifically Layana checked in for study hall but was not in the study hall room.

45.    On September 5, 2014, Coach Ryan called a meeting with Coach Mallorie, Adi, and Layana.  In the meeting, Coach Ryan justified Adi's accusations that Layana was not in the study hall room on September 3, 2014.  Coach Ryan said he discussed it with Adi, and Layana would be receiving a punishment.  Out of all of the players that were studying in the locker room, Layana was the only one to get punished by Coach Ryan and Adi for not being in the academic room for study hall.  The other girls were not punished because Adi claimed that they all left her a note on her desk before going to the locker room.  Layana was with the girls the entire

THIRD AMENDED COMPLAINT

1  time and she knew for fact that they all did not leave any notes.  The punishment

2  was extra study hall hours the following week.

3      46.    After the meeting, Layana was sitting outside the coaches' office with

4  Haley finishing her homework.  Adi walked up to Layana's desk with a book she

5  needed for class.  Instead of handing it to Layana, Adi slammed the book on the

6  desk in front of her face.  Layana packed up her backpack and told Haley that she

7  needed to leave.  That night Layana attempted to commit suicide.

8                    **Invasions of Medical Privacy and Retaliation**

9      47.    In September 2014, Pepperdine, through a variety of its employees and

10  agents, including Karissa, Coach Ryan, and others, began retaliating against Haley

11  because of her complaints and invading her privacy.  Specifically, Pepperdine

12  retaliated by refusing to clear Haley to participate in basketball activities based on

13  an injury to her tailbone, of which Pepperdine had been aware since June 2014, and

14  which, in no way limited or affected her ability to play basketball.  Moreover,

15  Pepperdine unlawfully invaded Haley's privacy by demanding all of her

16  gynecological records, after she simply informed Karissa and Coach Ryan that she

17  was undergoing a routine screen for cervical cancer (which was negative).

18      48.    In June 2014, Haley reported to Karissa that she was experiencing pain

19  in her tailbone when she sat for long periods of time.  Haley reported that she

20  believed the injury was associated with basketball training, specifically

21  weightlifting.  Haley had not experienced any falls or other mishaps in everyday life

22  that would have caused an injury to her tailbone.  Haley also advised Karissa that

23  the injury did not, in any way, limit or affect her ability to run or play basketball.

24  Haley asked if an X-ray could be taken to check on the injury.  Karissa inexplicably

25  told Haley that the injury did not appear basketball-related, and that Haley would

26  need to pay for any X-ray herself, which, at that time, Haley could not afford.

27  Karissa did, however, arrange for Haley to be seen by the Team orthopedist in the

28  training room.  The Orthopedist checked Haley out, diagnosed a tailbone bruise, and

1   provided a treatment plan of sitting on a pad, and taking Advil for the pain.  Neither

2   Karissa, nor the Orthopedist imposed any restrictions on Haley's basketball

3   activities at the time, nor refused to clear her to participate.  Over the summer, while

4   vacationing in Mexico with her father, Haley experienced pain while sitting.

5   Haley's father paid for her to see a doctor (Dr. Babak Barchohana) in California on

6   August 2014 about her tailbone.  Haley visited Dr. Barchohana once and underwent

7   an MRI.  Dr. Barchohana confirmed she had a tailbone bruise and prescribed a

8   stronger painkiller than Advil, Norco, for when Haley would sit for long periods in

9   class.  Dr. Barchohana did not restrict Haley's ability to practice or play basketball,

10  in any way.

11          49.     In early 2014, Haley's annual gynecological check-up included an

12  abnormal pap smear.  Haley's doctor, Nancy Taylor, merely recommended that she

13  be rechecked in 6 months (instead of waiting a year).

14          50.     When Haley returned to school in September 2014, she advised Karissa

15  about her visit to Dr. Barchohana and a scheduled recheck of her abnormal pap

16  smear.

17          51.     When Haley returned to school in September 2014, she advised Karissa

18  that she had visited Dr. Barchohana and that he had prescribed Norco (Haley and the

19  other team members are required to disclose medications they are taking.)

20          52.     In September 2014, Dr. Taylor's office reminded Haley of the need for

21  a follow-up test and an appointment was scheduled for September 12, 2014.  At

22  about this time, Haley was suffering from the flu and was not participating in

23  practice.

24          53.     On September 9, 2014 Haley advised both Karissa and Coach Ryan

25  that she would miss practice on Friday September 12, 2014 because she had a

26  doctor's appointment to recheck the abnormal pap test.

27          54.     The next day, September 11, 2014, Karissa dispatched a text and

28  requested that Layana provide Karissa with all of Layana's gynecological records.

1   At about the same time Karissa sought Layana's medical records, Karissa contacted

2   Dr. Taylor seeking all of Haley's gynecological records.  Both Layana and Haley

3   refused to provide Pepperdine with access to their gynecological records because

4   these records had nothing to do with their fitness to participate in basketball

5   activities.  No similar requests for such records were made to women or men

6   participating in basketball at Pepperdine.

7         55.   Haley saw Dr. Taylor on September 12, 2014.  Dr. Taylor provided

8   Haley with the following, handwritten, note:  "To whom it may concern:  I saw

9   Haley today for follow up of abnormal Pap smear.  This problem will have no

10  impact on her ability to play basketball."  Haley provided this note to Karissa.

11  However, Karissa inexplicably told Haley that the note was insufficient, and that

12  Haley would need to be cleared by Dr. Green in the Pepperdine Health Center.

13        56.   On September 16, 2014, Haley met with Dr. Green.  Haley provided

14  Dr. Green with the September 12, 2014 note from Dr. Taylor.  Dr. Green advised

15  Haley that she was cleared for the issue for which she was under the care of Dr.

16  Taylor.  In an effort to provide Pepperdine with the records they sought, Haley also

17  provided Dr. Green with a note from the doctor treating her for the flu.  That

18  handwritten note, from Dr. Afshine Emrani, and dated September 11, 2014 stated:

19  "To whom it may concern – Patient is under my care and has urine infection/flu

20  virus and is on antibiotics & should be able to go back to training Monday."  Before

21  Haley left the appointment, Dr. Green told her that he would need to run a

22  mandatory urine test to check if she had a urine infection.  (Later, Haley requested

23  Dr. Green's notes from the visit to see exactly what she was tested for, but the

24  Pepperdine Health Center did not provide her with any of Dr. Green's notes from

25  her visit.)

26        57.   Within hours after seeing Dr. Green at the Health Center on September

27  16, 2914, Haley received an email from Karissa stating, "You will not be cleared for

28  participation until the documentation from the spine specialist has been brought to

1    the athletic medicine center."  As Haley had already left campus, she provided the

2    documents the next day.  This email referred to the tailbone injury which Haley had

3    reported in June 2014, and for which the Pepperdine Orthopedist examined and for

4    which she had never been restricted from participating in basketball activities.

5          58.    On September 17, 2014, Haley called the health center and asked to

6    speak with Dr. Green to find out why she was not cleared for the tailbone issue.

7    Ultimately, Dr. Green advised Haley that he had been unaware of the tailbone issue,

8    and that she needed to provide documentation to Karissa.  He responded via email to

9    the front desk that he did clear Haley because he was unaware of her spine condition

10    and Haley could not be cleared until she brought documentation to Karissa.  Haley

11    provided Karissa with all of the documentation from her visit to Dr. Barchohana on

12    September 17, 2014 (the documentation included the MRI report and the

13    prescription for Norco).

14          59.    Karissa's sent Haley an email at 1:38 pm on September 17, 2014: "The

15    documents that you have provided regarding your doctor's visit at the Southern

16    California Orthopedic Institute do provide us with enough information.  What we

17    need is a diagnosis, treatment plan, and any treatment recommends that the

18    physician has prescribed."

19          60.    Then, Karissa's boss Kevin, the Head Trainer, emailed Haley at 2:34

20    pm on September 17, 2014: "In order for medical clearance to be considered at

21    Pepperdine you have been asked to provide the athletic training center details of a

22    recent physician visit regarding your sacrum.  Today you provided an MRI report to

23    the athletic training center ... Please get us the following information regarding your

24    sacrum: All the physician notes on diagnosis and plan for treatment."

25          61.    Haley called Coach Ryan and explained that Dr. Barchohana had

26    already released all of the documentation his office had on file for her.  She asked

27    Coach Ryan if he can come with her to the training room to speak with Kevin and

28    Karissa about her seeing the basketball team orthopedic if it is necessary, to be

1  cleared for her tailbone injury. Coach Ryan told her that he would not help her.

2  Then, Haley sent an email to Kevin and addressed Kevin's request to a diagnosis

3  and treatment. "Regarding your concerns for the diagnosis not being in the

4  documentation, please note page 3 of my paperwork.  Located above the

5  prescription note is "DX" (diagnosis): "Coccygeal" (tailbone) pain."  Neither Kevin

6  nor Karissa responded to Haley's email that the diagnosis was on page 3.

7     62.    During this time when Pepperdine was seeking to invade, and invading,

8  Haley and Layana's gynecological records and issues, and improperly refusing to

9  clear Haley to participate in basketball activities, Karissa wrongly told Haley that "It

10  is obvious you are hiding and lying about something."

11     63.    On September 18, 2014, Haley, after unsuccessful efforts to have her

12  concerns addressed, met with Karina who is an assistant for the athletic director Dr.

13  Potts.  She told Karina that she felt Coach Ryan did not want her on the team

14  anymore.  She explained that Coach Ryan had told her there was nothing he could

15  do about it and that neither Dr. Potts nor President Benton could help her.  Karina

16  told Haley that Dr. Potts was not there, but he could meet with her at 9 a.m. the next

17  morning.

18     64.    On September 19, 2014, Haley met with Dr. Potts and Karina in his

19  office.  Dr. Potts was extremely rude in this meeting and he would not let her

20  explain her side of the story.  Within minutes, Haley was in tears by the way he was

21  yelling at her for bringing this issue to his attention.  Not only did Haley complain to

22  Dr. Potts about not being cleared, Haley told him that Layana was also not cleared

23  and had not been cleared to practice since May.  Haley told Dr. Potts that it felt like

24  the staff was trying to keep both Haley and Layana off the court and get them kicked

25  out of the school.  After class that day, Haley called Coach Ryan.  On the phone,

26  Haley said she needed to take the weekend to decide if she could be a part of the

27  team.  She said, "I am very unhappy with the way I have been treated here."  Coach

28  Ryan did not ask her why, but he said he wanted a decision by Sunday morning at 8

1    a.m. because he did not want to "drag it on."  Haley told him that she needed until

2    Monday to make a good decision.

3         65.    On Monday, September 22, 2014, Haley called Coach Ryan and told

4    him "I am not ready to make a decision today and I want to talk to you when you

5    return from Florida on Thursday to give me enough time to think."  Coach Ryan

6    became very angry and said, "No, I do not want to drag this on.  You will give me a

7    decision by 5 p.m."  Haley told Coach Ryan, "You can say whatever you want but I

8    will not sign papers that I voluntarily quit.  If you want to kick me off the team just

9    because I need more time to make a decision, that's your choice."  Coach Ryan

10   refused and told Haley to give him a decision by 5 p.m.  He said he would send an

11   email to Dr. Potts saying that Haley would voluntarily quit if she did not give Coach

12   Ryan a decision by that time.  And, in fact, Coach Ryan dispatched an email at 9:11

13   p.m. on September 23, 2014, in which he stated that Haley's failure to make a

14   decision by his artificial deadline of 5:00 p.m. on Monday September 22, 2014

15   meant that Haley had quit the team and that Coach Ryan, and Pepperdine, was now

16   treating Haley as an ex-member of the team.

17        66.    On September 24, 2014, Haley sent Dr. Potts the following email. "I

18   would like to inform you of my last communication with Coach Ryan over text."

19   On Monday, September 22, Haley advised Coach Ryan in writing, "I have not made

20   a decision to quit.  I would like to discuss the situation when you come back from

21   Florida.  I have not voluntarily quit nor did I ever agree to Coach Ryan's deadline."

22        67.    Dr. Potts replied to Haley on the same day, "I understand that you have

23   expressed concerns regarding your participation as a student-athlete here and that an

24   investigation into those concerns has begun.  Until then, as you requested, you are

25   relieved from all activities related to our women's basketball team."

26        68.    On November 7, 2014, Haley received the following letter from the

27   Title IX investigator Tabatha.  "I have conducted a thorough investigation of your

28   claims and have attached a letter, which represents the conclusion to the

1   investigation.  After thoroughly investigating the allegations, I have found that there

2   is insufficient evidence to conclude that harassment or sexual orientation

3   discrimination occurred.  According to the team doctor, Dr. Gary Green has not

4   received this documentation to medically assess your fitness to play."  The so-called

5   "investigation" by the Title IX Investigator responded to the complaints by Plaintiffs

6   in the same manner by which Pepperdine had responded to all prior complaints, by

7   trying to "sweep under the rug" the fact that Plaintiffs had been subjected to

8   harassment, discrimination, and retaliation, on account of their sexual orientation

9   and same gender relationship.  The investigation was neither fair, thorough, nor

10   proper.

11        69.    On December 1, 2014, Haley sent to the University the following note

12   from her doctor.  "Based on her previous MRI findings, the patient's diagnosis and

13   treatment plan remain unchanged.  It is acceptable for the patient to return to

14   basketball without restriction.  No more notes/treatment are necessary at this time."

15   Notwithstanding neither Haley nor Layana have been cleared to play basketball.

16   **CLAIM I – VIOLATION OF RIGHT OF PRIVACY UNDER CALIFORNIA**

17   **CONSTITUTION, ARTICLE 1, § 1**

18        70.    Plaintiffs repeat the allegations set forth in paragraphs 1 through 69 as

19   if set forth in full herein.

20        71.    California's Constitution provides that all citizens have an inalienable

21   right to pursue and obtain a right to privacy.  Cal. Const. Art. I, § 1.

22        72.    Plaintiffs had reasonable expectations of privacy as to (a) their sexual

23   orientation, (b) their personal relationship, and (c) their medical records and,

24   specifically, their gynecological records, that were unrelated to their ability to play

25   basketball for the Pepperdine varsity women's basketball team.

26        73.    These reasonable expectations of privacy entitled them to freedom from

27   intrusion into these private matters by Pepperdine, Coach Ryan, the assistant

28

1  basketball coaches, the athletic trainers, the academic coordinators, and all other

2  members of Pepperdine's faculty, administrators, and staff.

3      74.    This right of privacy also protected Plaintiffs from the disclosure to

4  their parents and other persons from whom they had decided to keep their sexual

5  orientation private from having this information disclosed to them by Pepperdine, or

6  from having Pepperdine place Plaintiffs in the position of having to disclose the

7  information to such persons against Plaintiffs' will.

8      75.    Pepperdine, through its agents, Coach Ryan, the assistant basketball

9  coaches, the athletic trainers, the academic coordinators, and others, intentionally

10  intruded on Plaintiffs' right to privacy by (a) continually asking questions regarding,

11  and seeking to determine, Plaintiffs' sexual orientation and personal relationship, (b)

12  questioning other students and engaging in other efforts to determine Plaintiffs'

13  sexual orientation and personal relationship, and (c) demanding access to Plaintiffs'

14  gynecological records although Pepperdine had no basis to believe, and there was no

15  rational basis to believe, that those records would provide any information regarding

16  Plaintiffs' ability or qualifications to play on the varsity women's varsity basketball

17  team.

18      76.    By forcing Plaintiffs off the women's basketball team and revoking

19  their athletic scholarships, Pepperdine placed Plaintiffs in the position of having to

20  disclose to their parents and others from whom they had chosen to keep the

21  information confidential their sexual orientation, because their sexual orientation,

22  and Pepperdine's discrimination and harassment as a result of their sexual

23  orientation, are what resulted in the removal from the team, the elimination of their

24  scholarships, and their resulting withdrawal from the school.

25      77.    Plaintiffs suffered damages including financial damages and extreme

26  emotional distress as a result of Pepperdine's invasions of the right to privacy.

27      78.    Plaintiff White attempted suicide, was compelled to give up her

28  basketball scholarship, and leave Pepperdine because she did not have the financial

1  resources to continue to attend the university without her scholarship, which has

2  interrupted her education and undoubtedly ended her chance to pursue a career with

3  the WNBA.

4        79.    Plaintiff Videckis was compelled to give up her basketball scholarship,

5  and leave Pepperdine because she did not have the financial resources to continue to

6  attend the university without her scholarship, which has interrupted her education

7  and undoubtedly ended her chance to pursue a career with the WNBA.

8        80.    Pepperdine and its agents' ongoing and multiple intrusions into

9  Plaintiffs' right to privacy were substantial factors in the above decisions.

10        81.    Coach Ryan, an agent of Pepperdine, directly engaged in these

11  invasions into Plaintiffs' rights to privacy and/or was aware of the conduct of his

12  assistant coaches, trainers, and academic coordinator who were under his control

13  and direction.  Coach Ryan had actual knowledge of the conduct of those under his

14  control and direction, and either directed it, encouraged it, or was deliberately

15  indifferent to it, and refused to stop it or prevent it.

16        82.    Dr. Potts, Pepperdine's Athletic Director, had actual knowledge of the

17  invasions into Plaintiffs' rights to privacy by Coach Ryan, assistant coaches,

18  trainers, and academic coordinator who were under his control and direction, but

19  was deliberately indifferent to it and refused to stop or prevent it.

20        83.    Similarly, Tabatha, Pepperdine's Title IX Coordinator, had actual

21  knowledge of the invasions into Plaintiffs' rights to privacy by Coach Ryan,

22  assistant coaches, trainers, and academic coordinator who were under his control

23  and direction, but was deliberately indifferent to it and refused to stop or prevent it.

24  To the contrary, she issued a cover-up report after a sham investigation in which she

25  declined to review or consider evidence proffered by Plaintiffs and declined to

26  conduct interviews that would have confirmed Plaintiffs' reports.

27        84.    Pepperdine ratified the conduct through its agents, Coach Ryan, Dr.

28  Potts, and Tabatha, all of whom had actual and apparent authority to remedy

Plaintiffs' complaints.  Coach Ryan and Dr. Potts are managing agents of Pepperdine.

85.    Plaintiffs have suffered actual damages, including compensatory and emotional damages, as a result of Pepperdine's intrusions into their rights to privacy.

86.    Pepperdine's intrusions into Plaintiffs' rights to privacy were malicious and oppressive, and its agents acted with reckless and callous disregard of or indifference to Plaintiffs' rights such that Plaintiffs are entitled to punitive and exemplary damages for the Pepperdine's conduct.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter judgment against Pepperdine by awarding compensatory damages, punitive damages, and such other and further relief as this Court deems reasonable and just.

## CLAIM II – VIOLATION OF CALIFORNIA EDUCATIONAL CODE §220. 66251. 66270

### Disparate Treatment - Discrimination

87.    Plaintiffs incorporate by reference each and every allegation contained in paragraphs 1 through 86 as though set forth fully herein.

88.    Coach Ryan intentionally discriminated against Plaintiffs because he believed that they were lesbians having a relationship.

89.    Plaintiffs received disparate treatment as they were treated differently than the other students in the University including but not limited to the following. Other students were not subject to pervasive questioning about their sexual orientation.  Other players were not required to submit their gynecology medical records.  Other players, unlike Haley and Layana, were not punished unfairly for minor violations and/or given lesser punishments.  Other injured players, unlike Layana, were allowed to attend basketball practice.  Appeals to the NCAA so that the basketball players could play immediately were routinely and immediately processed for other players but Layana's appeal was never processed.  Other players only had to provide minimal information to the trainers about non-basketball injury.