### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-00298 DDP (JCx) | Date | August 24, 2015 |
| Title | HALEY VIDECKIS AND LAYANA WHITE -V- RYAN WEISENBREG, an individual, and PERPPERDINE UNIVERSITY, a corporation doing business in California | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy J. Gray | Paula Tripp Victor |

Proceedings:

    MOTION TO DISMISS THIRD, FOURTH AND FIFTH CAUSES OF ACTION OF THE THIRD AMENDED COMPLAINT
(DOCKET NUMBER 33)

Court hears oral argument and takes the matter under submission.

       0 0  :  36

Initials of Preparer    JAC