1  JAYESH PATEL, (SBN 132939)
     jpatel@zuberlaw.com
2  ROBERT W. DICKERSON JR. (SBN 89367)
     rdickerson@zuberlaw.com
3  ZUBER LAWLER & DEL DUCA LLP
   777 S. Figueroa Street, 37th Floor
4  Los Angeles, CA  90017 USA
   TELEPHONE: (213) 596-5620 ♦ FACSIMILE: (213) 596-5621
5  **Attorneys for Plaintiffs HALEY VIDECKIS AND LAYANA WHITE**

6  PAULA TRIPP VICTOR (Bar No. 113050)
     ptv@amclaw.com
7  DAVID R. HUNT (Bar No. 110675)
     drh@amclaw.com
8  PETER B. RUSTIN (Bar No. 181734)
     pbr@amclaw.com
9  ANDERSON, McPHARLIN & CONNERS LLP
   707 Wilshire Boulevard, Suite 4000
10 Los Angeles, CA  90017-3623
   TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

11
   DAVID R. SUGDEN (Bar No. 218465)
12   dsugden@calljensen.com
   CALL & JENSEN
13 610 Newport Center Dr., Suite 700
   Newport Beach, CA  92660
14 TELEPHONE: (949) 717-3000 ♦ FACSIMILE: (949) 717-3100

15 **Attorneys for Defendant PEPPERDINE UNIVERSITY**

16                **UNITED STATES DISTRICT COURT**

17          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

18

| | |
|---|---|
| 19  HALEY VIDECKIS and LAYANA WHITE, individuals, | Case No. 2:15-cv-00298-DDP (JCx) |
| 20      Plaintiffs, | **JOINT [PROPOSED] VERDICT FORMS** |
| 21    vs. | |
| 22  PEPPERDINE UNIVERSITY, a corporation doing business in California, | Trial Date:   July 18, 2017 |
| 23 | |
| 24      Defendant. | |

26      The Parties, having met and conferred on the issue, submit the attached

27 proposed verdict forms, one for Plaintiff Layana White and one for Plaintiff Haley

28 Videckis.

1673537.1 05764-048

JOINT PROPOSED VERDICT FORMS

The Parties also stipulate and agree that should the jury answer "yes" to question 9, 14, or 23 on either verdict form, the Plaintiff on whose verdict form they answered "yes," or both Plaintiffs if the jury answers "yes" on both of verdict forms, will be entitled to recover punitive damages and the case will proceed to the second phase of trial to determine the amount of punitive damages to award.

DATED: August 10, 2017         ZUBER LAWLER & DEL DUCA LLP


By: /s/ Jayesh Patel
    Jayesh Patel
    Robert W. Dickerson Jr.
Attorneys for Defendant PEPPERDINE UNIVERSITY

DATED: August 10, 2017         ANDERSON, McPHARLIN & CONNERS LLP


By: /s/ David R. Hunt
    Paula Tripp Victor
    David R. Hunt
    Peter B. Rustin
Attorneys for Defendant PEPPERDINE UNIVERSITY

**Attestation of Concurrence**

I, David R. Hunt, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Jayesh Patel.

Dated: August 10, 2017         /s/ David R. Hunt
                               David R. Hunt

2
JOINT ][PROPOSED] VERDICT FORMS