JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALEY VIDECKIS and LAYANA WHITE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PEPPERDINE UNIVERSITY, a corporation doing business in California,<br><br>Defendant. | CASE NO. 2:15-CV-00298-DDP (JCx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PEPPERDINE UNIVERSITY AGAINST PLAINTIFFS HALEY VIDECKIS AND LAYANA WHITE ON JURY VERDICTS**<br><br>[Assigned to Hon. Dean D. Pregerson, Courtroom 9C] |

This action was duly tried before a jury beginning on July 18, 2017, the Honorable Dean D. Pregerson, presiding. The matter was duly submitted to the jury by means of two special verdicts consisting of a series of questions, one as to Plaintiff HALEY VIDECKIS and one as to Plaintiff LAYANA WHITE. On August 11, 2017, according to the instructions given by the Court, the jury returned its verdicts by way of its answers to the questions propounded to it finding in favor of Defendant PEPPERDINE UNIVERSITY with respect to all claims brought against it by both Plaintiff HALEY VIDECKIS and Plaintiff LAYANA WHITE. (Verdict Forms, ECF Doc No. 246 and 248.)

/ / /

1681230.1 05764-048

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT PEPPERDINE UNIVERSITY AGAINST PLAINTIFFS HALEY VIDECKIS AND LAYANA WHITE ON JURY VERDICTS

**IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Defendant PEPPERDINE UNIVERSITY ("PEPPERDINE") and against Plaintiffs HALEY VIDECKIS and LAYANA WHITE ("PLAINTIFFS") on the first claim for relief in their Third Amended Complaint for Violation of the Right of Privacy.

2. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the second claim for relief in their Third Amended Complaint for Violation of the California Education Code sections 220, 66251 and 66270.

3. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the third, fourth and fifth claims for relief in their Third Amended Complaint for Violation of Title IX.

4. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the sixth claim for relief in their Third Amended Complaint for Violation of the California Civil Code section 51, *et seq.* (Unruh Act).

5. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the seventh claim for relief in their Third Amended Complaint for Intentional Infliction of Emotional Distress.

6. PLAINTIFFS shall take nothing from PEPPERDINE on any claim set out in this action.

7. Each party shall bear its own costs.

DATED: September 11, 2017

_____
Hon. Dean D. Pregerson

1681230.1 05764-048

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT PEPPERDINE UNIVERSITY AGAINST PLAINTIFFS HALEY VIDECKIS AND LAYANA WHITE ON JURY VERDICTS