Name: Jayesh Patel (SBN: 132939) - Zuber Lawler & Del Duca LLP
Address: 777 S. Figueroa Street, 37th Flr.
City, State, Zip: Los Angeles, CA  90017
Phone: (213) 596-5620
Fax: (213) 596-5621
E-Mail: jpatel@zuberlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HALEY VIDECKIS and LAYANA WHITE, individuals,

PLAINTIFF(S),

v.

PEPPERDINE UNIVERSITY, a corporation doing business in California,

DEFENDANT(S).

CASE NUMBER:

2:15-CV-00298-DDP (JCx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that  HALEY VIDECKIS and LAYANA WHITE  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Judgment in Favor of Defendant (Dkt. 253)

☐ Other (specify):

Imposed or Filed on  September 11, 2017 . Entered on the docket in this action on  September 11, 2017 .

A copy of said judgment or order is attached hereto.

October 11, 2017
Date

/s/Jayesh Patel
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALEY VIDECKIS and LAYANA WHITE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PEPPERDINE UNIVERSITY, a corporation doing business in California,<br><br>Defendant. | CASE NO. 2:15-CV-00298-DDP (JCx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PEPPERDINE UNIVERSITY AGAINST PLAINTIFFS HALEY VIDECKIS AND LAYANA WHITE ON JURY VERDICTS**<br><br>[Assigned to Hon. Dean D. Pregerson, Courtroom 9C] |

This action was duly tried before a jury beginning on July 18, 2017, the Honorable Dean D. Pregerson, presiding. The matter was duly submitted to the jury by means of two special verdicts consisting of a series of questions, one as to Plaintiff HALEY VIDECKIS and one as to Plaintiff LAYANA WHITE. On August 11, 2017, according to the instructions given by the Court, the jury returned its verdicts by way of its answers to the questions propounded to it finding in favor of Defendant PEPPERDINE UNIVERSITY with respect to all claims brought against it by both Plaintiff HALEY VIDECKIS and Plaintiff LAYANA WHITE. (Verdict Forms, ECF Doc No. 246 and 248.)

/ / /

1681230.1 05764-048

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT PEPPERDINE UNIVERSITY AGAINST PLAINTIFFS HALEY VIDECKIS AND LAYANA WHITE ON JURY VERDICTS

**IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Defendant PEPPERDINE UNIVERSITY ("PEPPERDINE") and against Plaintiffs HALEY VIDECKIS and LAYANA WHITE ("PLAINTIFFS") on the first claim for relief in their Third Amended Complaint for Violation of the Right of Privacy.

2. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the second claim for relief in their Third Amended Complaint for Violation of the California Education Code sections 220, 66251 and 66270.

3. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the third, fourth and fifth claims for relief in their Third Amended Complaint for Violation of Title IX.

4. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the sixth claim for relief in their Third Amended Complaint for Violation of the California Civil Code section 51, *et seq.* (Unruh Act).

5. Judgment is entered in favor of PEPPERDINE and against PLAINTIFFS on the seventh claim for relief in their Third Amended Complaint for Intentional Infliction of Emotional Distress.

6. PLAINTIFFS shall take nothing from PEPPERDINE on any claim set out in this action.

7. Each party shall bear its own costs.

DATED: September 11, 2017

_____
Hon. Dean D. Pregerson