**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HALEY VIDECKIS and LAYANA WHITE, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> PEPPERDINE UNIVERSITY, a corporation doing business in California, <br><br> Defendant-Appellee. | No.  17-56548 <br><br> D.C. No. 2:15-cv-00298-DDP-JC <br> Central District of California, Los Angeles <br><br> ORDER |
| HALEY VIDECKIS and LAYANA WHITE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PEPPERDINE UNIVERSITY, a corporation doing business in California, <br><br> Defendant-Appellant. | No.  17-56684 <br><br> D.C. No. 2:15-cv-00298-DDP-JC <br> Central District of California, Los Angeles |

Pursuant to the stipulation of the parties (Docket Entry No. 11), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation